### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

JAMES O. DEMENTE,

     Plaintiff,

vs.                            No. CIV 17-0321 JB/JHR

GEICO GENERAL INSURANCE
COMPANY; VICTORIA DILUCENTE;
ANTHONY DILUCENTE; and DERICA
DUNN-GROSS,

     Defendants.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Demente v. Dilucente, D-1329-CV-2016-00743, the Stipulated Order of Partial Dismissal with Prejudice (Thirteenth Judicial District Court, County of Sandoval, State of New Mexico, filed February 24, 2017), filed in federal court on March 8, 2017 (Doc. 1)("Partial Dismissal Order"); and (ii) the Court's Memorandum Opinion and Order, filed February 15, 2018 (Doc. 35)("MOO").  In the Partial Dismissal Order, the Honorable John F. Davis, district judge for the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico, dismissed with prejudice all claims against Defendants Victoria Dilucente, Anthony Dilucente, and GEICO General Insurance Company except for the Unfair Trade Practices and Unfair Insurance Practices Act ("UIPA"), N.M. Stat. Ann. §§ 59a-16-1 to 30, claim against GEICO Insurance.  See Partial Dismissal Order at 1-2.  In the MOO, the Court dismissed with prejudice the UIPA claim against GEICO Insurance and Defendant Derica Dunn-Gross.  See MOO at 40-41.  With no more claims or parties before it, the Court enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED:** that (i) all claims in this action are dismissed with prejudice; and

(ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

James P. Lyle
Law Offices of James P. Lyle
Albuquerque, New Mexico

     *Attorney for the Plaintiff*

Donna L. Chapman
Jessica Singer
Chapman and Priest, P.C.
Albuquerque, New Mexico

     *Attorneys for Defendant GEICO General Insurance Co.*

Kathleen M. Mixon
Doughty, Alcaraz, & deGraauw P.A.
Albuquerque, New Mexico

     *Attorney for Defendants Victoria Dilucente and Anthony Dilucente*

Daniel W. Lewis
Allen, Shepard, Lewis & Syra, P.A.
Albuquerque, New Mexico

     *Attorney for Defendant Derica Dunn-Gross*